IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA GREINER, | ) | Civil Action No. 12-1433 |
| | ) | |
| Plaintiff, | ) | Judge Terrence F. McVerry |
| | ) | Magistrate Judge Cynthia Reed Eddy |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM ORDER**

The above captioned case was initiated by the filing of a Motion for Leave to Proceed in forma pauperis [ECF No. 1] on October 4, 2012. A Complaint [ECF No. 3] was filed on October 5, 2012, and the matter was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the local rules of court. Cross Motions for Summary Judgment [ECF Nos. 11, 14] were filed.

On July 1, 2013, the Magistrate Judge filed a Report and Recommendation [ECF No. 19] recommending that the Motion for Summary Judgment filed by Carolyn W. Colvin [ECF No. 14] be granted, and that the Motion for Summary Judgment [ECF No. 11] filed by Patricia Greiner be denied. Objections to this Report and Recommendation were to be filed no later than July 15, 2013. As of the date of this Order, no Objections have been filed.

Thus, following de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 8th day of August, 2013, IT IS HEREBY ORDERED that the Motion for Summary Judgment [ECF No. 11] filed by Plaintiff, Patricia Greiner, is DENIED, the Motion for Summary Judgment [ECF No. 14] filed by Defendant, Carolyn W. Colvin, is GRANTED.

IT IS FURTHER ORDERED that the Report and Recommendation [ECF. No. 19] is ADOPTED as the Opinion of the Court.

The Clerk is directed to mark this case closed.

s/Terrence F. McVerry
United States District Judge

cc:     All Counsel of Record via CMECF